IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ALONZO JOHNSON and JESSIE M. JOHNSON, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 112-003 |
| UNITED STATES OF AMERICA, | * * | |
| Defendant. | * | |

O R D E R

On January 6, 2012, Plaintiffs brought this civil action against Defendant. (Doc. no. 1.) The parties have now submitted to the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation of dismissal with prejudice of all claims asserted in this case. (Doc. no. 18.)

Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs. The Clerk shall **TERMINATE** all deadlines and motions, and **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 10th day of October, 2012.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA